IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LOUANGEL, INC. d/b/a LONGHORN STEAKHOUSE RESTAURANT, *et al.* | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO.: 2:12-cv-00147 |
| v. | § § | JURY TRIAL DEMANDED |
| DARDEN RESTAURANTS, INC., *et al.* | § § | |
| Defendants. | § | |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

Now comes Plaintiffs, Louangel, Inc. d/b/a Longhorn Steakhouse Restaurant, The Longhorn Boys Corporation d/b/a Longhorn Steak & Ale, and Angelo Papakostas (hereinafter collectively "Plaintiffs") and Defendants, Darden Restaurants, Inc., Darden Concepts, Inc., RARE Hospitality Management, Inc. d/b/a Longhorn Steakhouse, Darden Corporation, GMRI, Inc., RARE Hospitality International, Inc., and Darden SV, Inc. (hereinafter collectively "Defendants") and hereby submit this Joint Motion for Entry of Judgment in the above-referenced action.

The parties jointly announce they have compromised and settled their differences in a confidential agreement. As a result of this confidential agreement, the parties will resolve all claims between them arising from this litigation. However, the parties' agreement is contingent upon the Court's entry of the Final Judgment attached hereto as **Exhibit A**, incorporated by reference herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully request the Court grant this Joint Motion for Entry of Judgment and enter the Final Judgment attached as **Exhibit A** which has been approved by the parties, as evidenced by their respective signatures thereon.

1

Respectfully submitted,

GUNN, LEE & CAVE, P.C.
300 Convent St., Suite 1080
San Antonio, Texas 78205
Tel:  (210) 886-9500
Fax:  (210) 886-9883

    /s/ Miguel Villarreal, Jr.
Ted D. Lee
State Bar No. 12137700
S. D. Texas Attorney No. 11221
Miguel Villarreal, Jr.
Texas State Bar No. 24042095
S.D. Texas Attorney No. 566669
Email:  tlee@gunn-lee.com
Email: mvillarreal@gunn-lee.com

ATTORNEY FOR PLAINTIFFS LOUANGEL, INC. d/b/a LONGHORN STEAKHOUSE RESTAURANT and THE LONGHORN BOYS CORPORATION, d/b/a LONGHORN STEAK & ALE

AND

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309-3424
Tel:  (404) 881-7000
Fax:  (404) 881-7777

  /s/ Robert L. Lee
Robert L. Lee
GA Bar No 443978
*Admitted Pro Hac Vice*
bob.lee@alston.com
**Attorney in Charge**

ATTORNEYS FOR DEFENDANTS DARDEN RESTAURANTS, INC., DARDEN CONCEPTS, INC. RARE HOSPITALITY MANAGEMENT, INC. D/B/A LONGHORN STEAKHOUSE, DARDEN CORPORATION, GMRI, INC., RARE HOSPITALITY INTERNATIONAL, INC., AND DARDEN SV, INC.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Robert L. Lee<br>Holly Hawkins Saporito<br>Nadya Munasifi Sand<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree St.<br>Atlanta, GA 30309-3424<br>holly.saporito@alston.com<br>nadya.sand@alston.com<br>bob.lee@alston.com | Zach T. Mayer<br>KANE RUSSELL<br>COLEMAN & LOGAN PC<br>1601 Elm Street, Suite 3700<br>Dallas, Texas 75201<br>zmayer@krcl.com<br><br>Michael P. Ridulfo<br>Caroline C. Pace<br>KANE RUSSELL<br>COLEMAN & LOGAN PC<br>919 Milam Street, Ste. 2200<br>Houston, Texas 77002<br>mridulfo@krcl.com<br>cpace@krcl.com | Robert J. Sigler<br>Christopher A. Bandas<br>BANDAS LAW FIRM, P.C.<br>500 N. Shoreline Blvd., Ste. 1020<br>Corpus Christi, TX  78471<br>rsigler@bandaslawfirm.com<br>cbandas@bandaslawfirm.com |

Ben A. Donnell
DONNELL, ABERNETHY & KIESCHNICK, P.C.
Tower II, Suite 400
555 N. Carancahua Street
Corpus Christi, Texas 78401-0817
bdonnell@dakpc.com

Attorneys for Plaintiffs

                                                  /s/ Miguel Villarreal, Jr.
                                                  Miguel Villarreal, Jr.