IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LOUANGEL, INC. d/b/a LONGHORN STEAKHOUSE RESTAURANT and THE LONGHORN BOYS CORPORATION, d/b/a LONGHORN STEAK & ALE A Texas Corporation, and ANGELO PAPAKOSTAS, an Individual, | § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO.: 2:12-cv-00147 |
| v. | § § | JURY TRIAL DEMANDED |
| DARDEN RESTAURANTS, INC., DARDEN CONCEPTS, INC., RARE HOSPITALITY MANAGEMENT, INC. d/b/a LONGHORN STEAKHOUSE, DARDEN CORPORATION, GMRI, INC., RARE HOSPITALITY INTERNATIONAL, INC., and DARDEN SV, INC. | § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Plaintiffs (Louangel, Inc. d/b/a Longhorn Steakhouse Restaurant and The Longhorn Boys Corporation, d/b/a Longhorn Steak & Ale, and Angelo Papakostas) and Defendants (Darden Restaurants, Inc., Darden Concepts, Inc., Rare Hospitality Management, Inc. d/b/a Longhorn Steakhouse, Darden Corporation, GMRI, Inc., Rare Hospitality International, Inc., and Darden SV, Inc.) jointly announce to the Court they have compromised and resolved their differences in a separate Agreement and request this Final Judgment be entered by the Court. The Court agrees that in resolution of this case, this Final Judgment should be entered by the Court.

EXHIBIT A

It is therefore, ORDERED, ADJUDGED AND DECREED as follows:

1. All claims, counter-claims or any other causes of action relating to this suit are dismissed with prejudice.

2. Each Party shall pay its own cost, expenses and/or attorneys' fees.

3. All Parties waive any right to appeal.

4. Plaintiffs are ordered to stop using the mark LONGHORN in the names of Plaintiffs' restaurants after December 31, 2013, other than the term "LONGHORN" may appear in printed publications that were not yet expired, such as telephone directories.

5. The Court's prior Orders on (a) Tacking, dated March 22, 2013 (D.E. 135) and (b) Abandonment, dated June 5, 2013 (D.E. 178), are hereby VACATED.

SIGNED and ENTERED this ___ day of 7/10/13 , 2013.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

EXHIBIT A